# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELEODORO MORALES<br><br>    PLAINTIFF,<br><br> vs.<br><br>NEW ALBERTSONS, INC., et al.<br><br>    DEFENDANTS. | Case No.: EDCV13-01407 JGB (DTBx)<br><br>**ORDER RE DISMISSAL** |

**ORDER**

1

1 | Pursuant to the Stipulation to Dismiss the Entire Action entered into between Plaintiff Eleodoro Morales, on the one hand, and Defendants New Albertson's, Inc., Albertson's LLC, and Albertson's, Inc., on the other hand, the above-entitled action is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  March 9, 2015

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE